USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
INDHIRA A. FELIZ,

      Plaintiff,

  -v-            **ORDER**

                20-CV-9355 (JLC)

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.
-----------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

On March 29, 2021, the Court granted the Commissioner's request to extend the deadline to file the Administrative Record and extended the deadline to June 1, 2021. Dkt. No. 13. To date, the Commissioner has not filed the Administrative Record. The Commissioner is ordered to file the Administrative Record by **June 14, 2021.**

SO ORDERED.

Date: June 7, 2021
   New York, New York

_____
JAMES L. COTT
United States Magistrate Judge