**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
INDHIRA A FELIZ,

                Plaintiff,                              20 **CIVIL** 9355 (JLC)

      -v-                                            **JUDGMENT**

KILOLO KIJAZAKI,
ACTING COMMISSIONER
SOCIAL SECURITY ADMINISTRATION,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 22, 2022, Feliz's motion is granted, the Commissioner's cross-motion is denied, and the case is remanded pursuant to sentence four of 42 U.S.C. § 405(g).

**Dated:**  New York, New York
           July 26, 2022

                                                                **RUBY J. KRAJICK**

                                                                **Clerk of Court**
                              **BY:**      *K. Mango*

                                                                 **Deputy Clerk**